UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-05985-CBM-PD | Date | August 19, 2026 |
| Title | Kimberly Tague v. County of Los Angeles, et al | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. Valley | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 3, 2026 (Doc No. 45), the parties were ordered to file a status report as to the proposed settlement no later than August 3, 2026. To date, the parties have not complied with the Court's order.

Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and comply with court orders no later than September 2, 2026.

:

Initials of Preparer VRV